IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:96-CR-108 - 3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEITH ANTHONY WILLIAMS (3) | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT ON the pro se letter Motion for Early Termination from Supervised Release [doc. 121] filed on June 3, 2013. For cause shown, the motion is GRANTED effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: July 10, 2013

Graham C. Mullen
United States District Judge